IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-02147-REB-MEH

BRADLEY CALEHUFF,

 Plaintiff,

v.

CSAA GENERAL INSURANCE COMPANY,

 Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulation for Dismissal With Prejudice** [#28],[1] filed September 26, 2024. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#28] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the combined Final Pretrial/Trial Preparation Conference set October 3, 2024, and the four day jury trial set to commence on October 21, 2024, are vacated; and

4. That this case is closed.

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated September 26, 2024, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge